IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

Civil Action No: 25-cv-01231-DDD-NRN
Courtroom Deputy: Román Villa

Date:  March 30, 2026
FTR:  Courtroom A401

| *Parties:* | *Counsel:* |
|---|---|
| JENNIFER CULBERT, | David Miller |
| Plaintiff, | |
| v. | |
| KAISER FOUNDATION HEALTH PLAN OF COLORADO, a Colorado Nonprofit Corporation, and COLORADO PERMANENTE MEDICAL GROUP, P.C., a Colorado Corporation, | Parnian Vafaeenia |
| Defendants. | |

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**

**3:00 p.m.    Court in session.**

Court calls case. Appearances of Counsel.

This matter is before the Court regarding Defendant Kaiser Foundation Health Plan of Colorado's Motion to Restrict (Dkt. #61), Plaintiff's Motion for Protective Order (Dkt. #64), and Plaintiff's Motion for Leave to Serve Additional Request for Production of Documents (Dkt. #67).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED**:    Defendant Kaiser Foundation Health Plan of Colorado's Motion to Restrict (**Dkt. #61**) is **GRANTED**. The Clerk of Court is directed to change Dkt. #60 to a Restricted Document - Level 3.

Plaintiff's Motion for Protective Order (**Dkt. #64**) is **DENIED without prejudice**. The parties shall further confer and by close of business on April 24, 2026, either submit a motion for entry of protective order, competing protective orders, or a status report informing the Court why an agreement was not reached on a protective order.

The Motion for Leave to Serve Additional Request for Production of Documents (**Dkt. #67**) is **GRANTED**. Each side is entitled to an additional 20 Interrogatories, 20 Requests for Production, and 20 Requests for Admission as to the issue of new retaliation claim.

**ORDERED:**  Oral argument on the forthcoming motion to quash is set for **April 24, 2026 at 10:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom A401, Fourth floor, Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294. **Five minutes prior to the start of the hearing, the parties shall call the conference line 571-353-2301, Access Code 841686937# to participate.**

The Court will also address the case schedule at that time.

**3:50 a.m.**     **Court in recess.**

Hearing concluded.
Total in-court time:   00:50

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.

2